UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| K.L.F., a minor child,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                    Defendant. | NO.  CV-06-5079-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for an immediate award of benefits.  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 23rd day of July, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk